UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| In re AMERICAN INVESTORS LIFE INSURANCE CO. ANNUITY MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) ) ) ) MDL Docket No. 1712<br><br>FILED OCT 1 3 2009 |

### NOTICE OF INTENTION TO APPEAR OF OBJECTOR MARTHA MICHAEL

Please take notice that Objector Martha Michael intends to appear through undersigned counsel at the Fairness Hearing in *In re American Investors Life Insurance Co. Annuity Marketing and Sales Practices Litigation* on November 6, 2009. A written objection is being submitted in accordance with the requirements set forth in the Stipulation of Settlement and in the Notice of Class Action, Proposed Settlement, and Fairness Hearing.

Respectfully submitted:

/s/ 
P. Michael Yancey
Nicholas W. Armstrong
Attorneys for Objector Martha Michael
(policy # 441086)

**OF COUNSEL:**
**McCallum, Methvin & Terrell, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
(205) 939-0199 – telephone
(205) 939-0399 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been submitted via U.S. mail to the following parties and places postmarked this 13th day of October, 2009:

Office of the Clerk of Court
c/o American Investors Annuity
Class Action Information Center
P.O. Box 2226
Faribault, MN 55021-1726

James F. Jordan, Esq.
Jason H. Gould, Esq.
Jordan Burt LLP
1025 Thomas Jefferson Street, N.W.
Ste. 400 East
Washington, DC 2007-5208

Marcus & Auerbach LLC
P.O. Box 96
Wyncote, PA 19095

John R. Hargrove
Hargrove Pierson & Brown
21 Southwest 5th Street, Suite 200
Boca Raton, FL 33432

_____
OF COUNSEL