IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMERICAN INVESTORS         :
LIFE INSURANCE CO. ANNUITY        :    MDL DOCKET NO. 1712
MARKETING AND SALES PRACTICES     :
LITIGATION                        :

ORDER

AND NOW, this 22nd day of February, 2010, upon consideration of the plaintiffs' Motion to Enforce this Court's Final Order Approving the Settlement and for Related Relief (Docket No. 472), Martha Michael's opposition, the plaintiffs' reply thereto, the Court-ordered supplemental briefing, and following an on-the-record conference on the plaintiffs' motion on February 11, 2010, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is GRANTED IN PART AND DENIED IN PART, as follows:

1. The plaintiffs' motion is granted to the extent that Ms. Michael is ordered to post an appeal bond for $25,000. The plaintiffs' motion is denied in all other respects.

2. Ms. Michael shall post an appeal bond for $25,000, pursuant to Federal Rule of Appellate Procedure 7 to secure payment of the plaintiffs' costs on appeal.

3. The bond pursuant to Federal Rule of Appellate

Procedure 7 shall be posted within one week from the date of this Order.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.