IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMERICAN INVESTORS :
LIFE INSURANCE CO. ANNUITY : MDL DOCKET NO. 1712
MARKETING AND SALES PRACTICES :
LITIGATION :
 :
Relates to: :
 :
PRICE, et al. v. AMERUS GROUP :
CO., et al. CIVIL ACTION :
NO. 04-3329 :
 :
MILLER v. AMERUS GROUP CO., :
et al. CIVIL ACTION :
NO. 04-3799 :

## ORDER

AND NOW, this 7th day of April, 2010, upon consideration of the plaintiffs' Motion for Modification of and Relief from Judgment in the Price and Miller Actions (Docket No. 468), the defendants' response (Docket No. 470), the plaintiffs' reply thereto (Docket No. 471), Brett Weinstein's opposition to the plaintiffs' motion (Docket No. 475), Barry O. Bohmueller's opposition to the plaintiffs' motion (Docket No. 477), and the plaintiffs' reply thereto (Docket No. 480), and for the reasons stated in a memorandum or law bearing today's date, IT IS HEREBY ORDERED that the plaintiffs' motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.