IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMERICAN INVESTORS :
LIFE INSURANCE CO. ANNUITY : MDL DOCKET NO. 1712
MARKETING AND SALES PRACTICES :
LITIGATION :

ORDER

AND NOW, this 2nd day of June, 2010, upon consideration of the defendants' Motion to Enforce Final Order and Judgment (Docket No. 503), class member Joseph L. Zaher's opposition, and the defendants' reply thereto, IT IS HEREBY ORDERED that the defendants' motion is GRANTED as follows:

1. Joseph L. Zaher, his conservator, including Edward Galotta, his attorneys, including Richard J. Sinnott, and representatives, are enjoined from prosecuting the action styled <u>Joseph L. Zaher v. AmerUs Annuity Group Co.</u>, presently pending in the Superior Court for Middlesex County, Massachusetts, under Civil Action Number 07-4556, provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice.

2. The Clerk of Court shall send a copy of this Order by first-class United States, postage prepaid mail to the following persons:

> Richard J. Sinnott, Esq.
> Sinnott Law Office
> 141 Tremont Street, Fourth Floor
> Boston, Massachusetts 02111

```
          Edward Galotta
         33 Pleasant Street
    Dunstable, Massachusetts 01827


        BY THE COURT:


        /s/ Mary A. McLaughlin
        MARY A. McLAUGHLIN, J.
```