```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: AMERICAN INVESTORS          :
LIFE INSURANCE CO. ANNUITY         :   MDL DOCKET NO. 1712
MARKETING AND SALES PRACTICES      :
LITIGATION                         :

## ORDER

AND NOW, this 16th day of September, 2011, upon consideration of the defendants' Motion to Enforce Final Order and Judgment (Docket No. 524), the opposition of Orlis M. Charboneau as executor of the estate of class member Paul Charboneau, the defendants' reply thereto, an on-the-record oral argument held via teleconference on July 28, 2011, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is DENIED.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.