IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMERICAN INVESTORS          :
LIFE INSURANCE CO. ANNUITY         :   MDL DOCKET NO. 1712
MARKETING AND SALES PRACTICES      :
LITIGATION                         :

## ORDER

AND NOW, this 6th day of December, 2011, upon consideration of the defendants' Motion to Enforce Final Order and Judgment (Docket No. 540), the plaintiff's Cross-Motion Under Fed. R. Civ. P. 60(b) (Docket No. 541), the defendants' consolidated response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED and the plaintiff's motion is DENIED.

As set forth in the accompanying memorandum, the plaintiff Alvany E. Wilson is ENJOINED from litigating the claims currently brought against Aviva Life and Annuity Company in the action styled <u>Wilson v. Albertson, et al.</u>, No. 11-7478, pending in Circuit Court, Hillsborough County, Florida.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.