IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AMERICAN INVESTORS | : | CIVIL ACTION |
| LIFE INSURANCE CO. ANNUITY | : | |
| MARKETING AND SALES PRACTICES | : | NO. 05-md-1712 |
| LITIGATION | : | MDL DOCKET NO. 1712 |

ORDER

AND NOW, this 10th day of July, 2013, upon consideration of the Aviva defendants' Motion to Enforce Final Order and Judgment (Docket No. 547), the Attorney General's brief in opposition, and the defendants' reply thereto, and following oral argument held on June 20, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED.

IT IS FURTHER ORDERED, as set forth in the accompanying memorandum, that the subject class members,[1] and all persons acting or purporting to act on their behalf who receive actual notice of this Order, are ENJOINED from seeking or receiving any additional restitution or other monetary relief

---

[1] "Subject class members" include the named plaintiffs and settlement class members identified in the Motion and all supporting declarations, see Herman Add'l Decl. ¶ 9 (Docket No. 555-1), as well as any other plaintiffs or settlement class members who apply to receive additional restitution or monetary relief in Commonwealth of Pennsylvania v. Estate Planning Advisors Corp., et al.

from the Aviva defendants[2] in connection with the action captioned <u>Commonwealth of Pennsylvania v. Estate Planning Advisors Corp., et al.</u>, 740 M.D. 2004, pending in the Commonwealth Court of Pennsylvania, relating to the transactions released by the Final Judgment.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this Order by first-class United States mail, postage prepaid, to John M. Abel, Senior Deputy Attorney General, Bureau of Consumer Protection, 15th Floor, Strawberry Square, Harrisburg, Pennsylvania 17102, and that the Aviva defendants shall send a copy of this Order by first-class United States mail, postage prepaid, to all of the subject class members at their last known addresses; and

Finally, IT IS ORDERED that this Court shall retain jurisdiction of this matter for all purposes.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.

---

[2] The Aviva defendants are: AmerUs Group Company and AmerUs Annuity Group Company (now collectively known as Aviva USA Corporation) and American Investors Life Insurance Company (now known as Aviva Life and Annuity Company).